# PENALTY PAGE

| | |
|---|---|
| **CASE STYLE:** | UNITED STATES v. VON CLAY BENNETT, JR., et al. |
| **DEFENDANTS:** | VON CLAY BENNETT JR. (COUNTS 1, 3, 5, 9, 12, 14, 15, 17, 18, 21, 22, 23)<br>MONTESE HARRIS (COUNTS 1, 10, 17)<br>CANDICE LANETTE COX (COUNT 1, 2, 6, 7, 9, 11, 13, 16, 20, 21)<br>BOBBY JOSEPH DWAYNE PALMER (COUNTS 1, 4, 8, 19)<br>ANTHONY JOSEPH FLOYD (COUNTS 1, 5, 9)<br>MARK WAYNE COOPER (COUNTS 1, 24, 25) |
| **USAO NO.:** | 18R00387 |
| **AUSA:** | Gloria A. Bedwell |

**CODE VIOLATIONS:**

| | |
|---|---|
| **COUNT 1:** | 21 USC ' 846, Conspiracy to Possess with Intent to Distribute Methamphetamine |
| **COUNTS 2, 4-18, 20-22, 24-25:** | 21 USC ' 841(a)(1), Possession with Intent to Distribute Methamphetamine |
| **COUNT 3:** | 18 USC § 922(j), Possession of a Stolen Firearm |
| **COUNT 19:** | 18 USC § 922(g)(1), Felon in Possession of a Firearm |
| **COUNT 23:** | 18 USC § 924(c)(1)(A), Using, Carrying, or Possessing a Firearm in Furtherance of or in Relation to a Drug Trafficking Felony |

**PENALTIES:**

| | |
|---|---|
| **COUNTS 1, 21:** | 10 yrs to life/$10,000,000 fine/5 yrs to life SRT/$100 SA |
| **COUNTS 2, 4, 6, 7, 9-14, 16-20, 22, 24-25:** | 5 to 40 yrs/$5,000,000 fine/5 yrs to life SRT/$100 SA |

**COUNTS 3, 19:**     **10 yrs/$250,000/3 yrs SRT/$100 SA**
**(If 18 USC § 924(e) applies, statutory minimum mandatory 15 yrs (to life) and 5 yrs SRT)**

**COUNTS 5, 8, 15:**     **20 yrs/$1,000,000 fine/3 yrs to life SRT/$100 SA**

**COUNT 23:**     **Minimum mandatory consecutive 5 yrs to life/$250,000 fine/5 yr SRT/$100 SA**