UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No 20-00089-JB |
| | ) |
| Montese Harris, | ) |
| Defendant. | ) |

DEFENDANT'S PSR RESPONSE
AND MEMORANDUM IN AID OF SENTENCING

NOW COMES the defendant in response to the guideline calculations in the draft pre-sentence report. (doc. 158)

The criminal history point assessed in paragraph 41 for a 2008 marijuana misdemeanor conviction (doc 158 PageID#516), which resulted in a fine, should not be scored since the defendant was not represented by counsel.

More generally, the defendant's criminal history score is misleading. Mr. Harris has a single felony conviction - possession of a controlled substance in 2015. The remaining criminal history points result from an aggregation of misdemeanor convictions which yield a criminal history score of 12 and criminal history category V. These low-level convictions, mainly for drug possession, are best understood in light of Mr. Harris' long stand drug addiction, as appears in paragraph 74 of the pre-sentence report. (doc 158 PageID#522)

Mr. Harris is 40 year old man with an 8th grade education who now faces a five-year minimum mandatory sentence. He has abused drugs since the age of 13 and he needs - and wants - the intensive drug treatment which will be available in the Bureau of Prisons. All of the 18 U.S.C. §3553(a) factors, both those which focus on the interests of the public generally, as well as those which focus specifically on Mr. Harris, suggest that a guideline sentence - driven by an overstated criminal history score - is not appropriate. Rather, an appropriate sentence is five years in the custody of the Bureau of Prisons, coupled with a recommendation for in-custody drug rehabilitation, and followed by a term of four years supervised release conditioned on continued drug treatment.

/s/ Arthur J. Madden, III
Arthur J. Madden, III
MADDA0656
Attorney for Defendant
465 Dauphin Street
Mobile, Alabama  36602
(251) 432-0380

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, who will send notice to AUSA Gloria A. Bedwell, Esq.

/s/ Arthur J. Madden, III
Arthur J. Madden, III