FILED MAR 2 '22 AM 11:56 USDCALS

In The
United States District Court
For The Southern District of Alabama

Montese Harris,
Petitioner

v.

United States of America,
Respondent

Docket No.
1:20-cr-00089-JB-mu-2
___cv___

Declaration of
Montese Harris

I, Montese Harris, make the following declaration of my own free will, subject to the penalty of perjury pursuant to 28 U.S.C. § 1746

1. My name is Montese Harris, I am over the age of eighteen and understand the meaning of an oath.

2. I am a Federal inmate, Reg. No. 10496-003 designated at the FCI Yazoo in Yazoo City, Mississippi.

3. Commensurate with this declaration I have filed a motion pursuant to 28 U.S.C. § 2255.

4. In my motion pursuant to § 2255 I have made allegations that my Counsel was ineffective in representing me.

-1-

5. More Specifically, I contend that the United States Probation office miscalculated my adjusted offense level by indicating it should be a level 29 when indeed, it should have been a level 27.

6. Furthermore, the United States Probation Office miscalculated my criminal history category indicating I am a category V when in fact it should have been a Category III.

7. I have alleged that my counsel, despite knowing that the PSR miscalculated both the adjusted offense level and criminal History category, my counsel failed to argue the miscalculation.

8. I decree that all of these statements are True and accurate.

9. I Further decree that these statements have all been made Voluntarily.

So sworn this 23 day of February 2022 pursuant to 28 U.S.C. § 1746.

_Montese Harris_
Montese Harris
Declarant

-2-



Montese Harris #10496-003

Federal Correctional Institution

P.O. Box 5000 (Medium)

Yazoo City, MS 39194

Legal Mail

The Honorable Clerk of the Court

U.S. District Court

155 St. Joseph Street

Mobile, AL 36602