```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | |
|---|---|
| **MONTESE HARRIS, # 10496-003,** | * |
| | * |
|     Petitioner, | * |
| | * CRIMINAL NO. 20-00089-JB-B |
| vs. | * CIVIL ACTION NO. 22-00098-JB-B |
| | * |
| **UNITED STATES OF AMERICA,** | * |
| | * |
|     Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 18, 2022 (Doc. 328) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner Montese Harris's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 291) is **DENIED,** that this action is **DISMISSED with prejudice**, and that Petitioner Harris is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

    **DONE and ORDERED** this 15th day of November, 2022.

                                      /s/ JEFFREY U. BEAVERSTOCK
                                      CHIEF UNITED STATES DISTRICT JUDGE